UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JASON RIVERA,

       *Plaintiff,*                                        Civil Action No.
                                                         1:24-cv-03976 (NGG)(JAM)

    v.

UNITED STATES OF AMERICA,

       *Defendant.*
----------------------------------------------------X

## JOINT STATUS REPORT

       Plaintiff Jason Rivera and Defendant United States of America submit the following joint status report under the Court's April 3, 2025 Minute Order. The parties attended mediation on March 27, 2025. The parties continued to negotiate after mediation in good faith and are now close to an agreement in principle. The parties are mindful of the upcoming close of discovery deadline on June 23, 2025, and have taken steps to continue discovery on schedule if an agreement is ultimately not reached.

Date:  May 9, 2025
           Washington, D.C.

                                                                Respectfully submitted,

                                                                 /s/ *Sara Wolkensdorfer (with permission)*
                                                                 14 Wall Street, Suite 1603
                                                                 New York, New York 10005
                                                                 Phone: (212) 300-6506
                                                                 Fax: (888) 390-5401
                                                                 *Counsel for Plaintiff*

                                                                 -and-

                                                                 YAAKOV M. ROTH
                                                                 Acting Assistant Attorney General
                                                                 Civil Division

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

ANDREA W. MCCARTHY
Deputy Director, Torts Branch

GLENN S. GREENE
Senior Trial Attorney

*/s/ Katrina M. Seeman*
KATRINA M. SEEMAN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0674
katrina.m.seeman@usdoj.gov
*Counsel for Defendant United States of America*